# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2041

_____

Wilma M. Pennington-Thurman, Wilma Marie Pennington, Inc, Standing In,

*Plaintiff - Appellant,*

v.

Barry S. Schermer; United States of America, Jeff Sessions, Attorney General of the United States; Bank of America, N.A., CEO Brian T. Moynihan; David A. Sosne, Bankruptcy Trustee; Summers Compton Wells; Brian J. LaFlamme, Attorney for Trustee; Ira Bergman & Bergman, Schraier & Co. and Brown Smith Wallace; Federal Housing Finance Agency, CEO David M. Moffett; Federal Home Loan Mortgage Corporation, CEO Donald H. Layton; Martin Leigh, P.C.; Adam A. Field; Matthew M. Peters; Caitlin Stayduhar; Amy T. Ryan; Thompson Coburn, LLP, Chairman Tom Minogue; Allen D. Allred; Christopher M. Hohn; Seth A. Albin; Bryan Cave, LLP, Managing Partner Robert L. Newmark; Bryan C. Walsh; Rhiana Luaders; Amy E. Breihan; State of Missouri, Attorney General Josh Hawley; David L. Dowd; Timothy J. Boyer; Robert H. Dierker; Angela T. Quigless; Philip M. Hess; Gary M. Gaertner; Millsap & Singer, P.C.; Anne M. Zimmermann; Charles S. Pulliam, III,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 14, 2018
Filed: March 1, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Wilma Pennington-Thurman appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her pro se civil case. Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that Pennington-Thurman failed to state a claim upon which relief could be granted. Accordingly, we affirm the district court's dismissal. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.